STATE v. RUSSELL JOHN CHARLES BARBER.

(Filed 1 November, 1950.)

**Criminal Law § 14—**

> *Certiorari* will not lie from the Superior Court to the Recorder's Court when judgment has been entered in the Recorder's Court upon defendant's plea of guilty. G.S. 1-269.

APPEAL by defendant from *Bone, J.,* June Term, 1950, of CARTERET. Appeal dismissed.

The defendant was charged in the Recorder's Court of Carteret County with operating a motor vehicle on a state highway at a greater rate of speed than 55 miles per hour. Defendant appeared 11 April, 1950, without counsel, entered plea of guilty, and was fined $10 and costs, which he paid. On 8 May, 1950, defendant's counsel applied to the resident Judge of the District for writ of *certiorari*. The resident Judge signed an order that the papers in the case be certified to the Superior Court of Carteret County, which was done. On the hearing in the Superior Court defendant's counsel moved that the conviction and judgment in the Recorder's Court be expunged from the record. *Certiorari* was denied as was also the motion to expunge conviction from the record. Defendant excepted and appealed.

*Attorney-General McMullan and Assistant Attorney-General Rhodes for the State.*

*Charles L. Abernethy, Jr., for defendant, appellant.*

DEVIN, J. The motion in the Superior Court for writ of *certiorari* was properly denied, G.S. 1-269. *Taylor v. Johnson,* 171 N.C. 84, 87 S.E. 981; *Pue v. Hood, Commissioner of Banks,* 222 N.C. 310, 22 S.E. 2d 896. There was nothing to invoke the jurisdiction of the Superior Court. The appeal therefrom will stand dismissed.

Appeal dismissed.